89 A.3d 576

IN THE MATTER OF MATTHEW A. MARINO, AN ATTORNEY AT LAW (ATTORNEY NO. 022961988).

May 16, 2014.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–135, concluding that as a matter of final discipline pursuant to *Rule* 1:20–13(c), **MATTHEW A. MARINO**, formerly of **PARSIPPANY**, who was admitted to the bar of this

State in 1988, and who has been temporarily suspended from the practice of law since October 2, 2008, should be suspended from practice for a prospective period of two years, based on respondent's guilty plea to misprision of a felony, in violation of 18 *U.S.C.* § 4, conduct that violates *RPC* 8.4(b) (commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And **MATTHEW A. MARINO** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And the Court having determined from its review of the matter that disbarment is required for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **MATTHEW A. MARINO** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **MATTHEW A. MARINO** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that **MATTHEW A. MARINO** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **MATTHEW A. MARINO** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.